# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| California Civil Rights Department,<br><br>        Plaintiff(s),<br><br>  vs.<br><br>Los Angeles Unified School District, et al.<br><br>        Defendant(s). | Case No.: 2:24-cv-09053-AB-MAA<br><br>[Los Angeles Superior Court Case No. 24STCV19578]<br><br>**ORDER GRANTING JOINT STIPULATION RE: DISMISSAL OF ACTION WITH PREJUDICE WITH THE COURT TO RETAIN JURISDICTION TO ENFORCE THE TERMS OF THE SETTLEMENT AGREEMENT** |

Having considered the Parties' Joint Stipulation Re: Dismissal of this Action with Prejudice With the Court to Retain Jurisdiction to Enforce the Terms of the Settlement Agreement, this Court hereby ORDERS the action is DISMISSED with prejudice. The Court shall retain jurisdiction to enforce the terms of the settlement agreement for one-hundred twenty (120) days following issuance of this order.

**IT IS SO ORDERED.**

Dated: April 21, 2025

_____
The Honorable André Birotte Jr.
United States District Court Judge